Shaun Wayne WILES, Plaintiff–
Appellant,

v.

Jon E. OZMINT, Director of the South Carolina Department of Corrections; Robert Ward, Director for the Division of Operations of SCDC; James Sligh, Operations Coordinator for the Division of Operations of SCDC; Bernard McKie, Warden of Kirkland Correctional Institution; Dr. Russell Campble, Former Medical Director of SCDC; Dr. Michael Beinor, Current Medical Director of SCDC; Dr. John Solomon, Mental Health Director of SCDC, Defendants–Appellees.

No. 11–6648.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Shaun Wayne Wiles, Appellant Pro Se. William Henry Davidson, II, Joel Steve Hughes, Andrew Lindemann, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaun Wayne Wiles appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wiles v. Ozmint,* No. 9:09–cv–00634–CMC, 2011 WL 1466370 (D.S.C. Apr. 18, 2011); 2011 WL 587142 (Feb. 9, 2011). We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-